UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 22-4693 MWF (GJSx)**                                Date:  September 02, 2022

Title   **Theresa Brooke v. Urban Commons Sycamore LLC**

---

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 4, 2022, Plaintiff filed a Petition for Clerk's Entry of Default (the "Petition").  (Docket No. 14).  On August 5, 2022, the Clerk filed a Notice of Deficiency (Docket No. 15), citing deficiencies with the Proof of Service.  Plaintiff has not filed a corrected Proof of Service or a new Application for Clerk to Enter Default.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 19, 2022**.

- BY PLAINTIFF:  Corrected PROOF OF SERVICE of Summons and Complaint.  **The Proof of Service must include service of the Notice to Parties Re ADA Disability Access Litigation/Application for Stay and Early Mediation** (Docket No. 9).

    AND/OR

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.

    OR

- BY PLAINTIFF:  New APPLICATION FOR CLERK TO ENTER DEFAULT.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-4693 MWF (GJSx)**                                               Date:  September 02, 2022

Title            **Theresa Brooke v. Urban Commons Sycamore LLC**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 19, 2022** will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm